UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QUINTAL RESEARCH GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NINTENDO OF AMERICA INC. and NINTENDO CO., LTD.,<br><br>　　　　Defendants. | Case No:  C 13-0888 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT:

　　1.　　The telephonic Case Management Conference currently scheduled for July 31, 2013 is CONTINUED to August 7, 2013 at 3:00 p.m.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

　　2.　　In accordance with ADR Local Rule 3-5(c)(2), the parties shall file a Notice for Need for ADR Phone Conference by no later than August 5, 2013.

　　IT IS SO ORDERED.

Dated:  July 31, 2013

　　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge