UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<mark>CORRECTED</mark> -  CIVIL CASE MANAGEMENT CONFERENCE MINUTES

TIME IN HEARING: 3:10 - 3:17 p.m. (7 minutes)     Date: August 8, 2013

C-13-00888 SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

Title: QUINTAL RESEARCH GROUP vs.NINTENDO OF AMERICA INC

Atty.: Christian Martinez            Joseph Hamilton/ Grant Kinsel

Deputy Clerk: Nikki D. Riley         Court Reporter: N/A

**PROCEEDINGS**
Plt   DFT
(  )   (  ) **1.  TELEPHONE CASE MANAGEMENT CONFERENCE -HELD**
(  )   (  ) **2.**
(  )   (  ) **3.**
(  )   (  ) **4.**
(  ) Motion(s)    (  ) Granted       (  ) Denied        (  ) Off Calendar
              (  ) Granted/Part  (  ) Denied/Part  (  ) Submitted
(  ) Order to be prepared by  (  ) Plaintiff  (  )Deft  (  ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 7/30/2014 at 10:00 AM for Markman Hearing and Further Case Management Conference.
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
Last Date to Amend Pleadings or Add Parties _____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Reply to motions in limine and/or responses to objections to evidence due _____
Case Continued to_____ for Trial(Court/Jury:_____Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE to occur between 5/12/2014 - 6/6/2014.

 Notes: The Court orders the parties to participate in Court Connected Mediation <mark>by 5/2/2014</mark>, pursuant to the parties stipulation (docket no. 38).  The Court designates 4 hours for the Markman Hearing.  Proposed Order due by 8/13/2013._____