Grant Kinsel, Bar No. 172407
gkinsel@perkinscoie.com
Joseph Hamilton, Bar No. 211544
jhamilton@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for NINTENDO OF AMERICA INC., and NINTENDO CO., LTD.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| QUINTAL RESEARCH GROUP, INC. *Plaintiff*, v. NINTENDO OF AMERICA INC., and NINTENDO CO., LTD., *Defendants*. | Case No. 13-cv-0888 SBA **[Proposed] Order Granting Administrative Motion for Leave to Lodge Physical Exhibits** **[Pursuant to Civ. L.R. 7-11]** Date: Time: Location: Courtroom 1, 4th floor |

Having considered Nintendo's Administrative Motion to for Leave to Lodge Physical Exhibits, IT IS HEREBY ORDERED that the Administrative Motion is granted in full. Nintendo may lodge with the Court the physical exhibits submitted as Exhibits X-Z and AA-EE to the Declaration of Joseph Hamilton in Support of Nintendo's Motion for Summary Judgment of Noninfringement.

IT IS SO ORDERED.

Dated: <u>October 2</u>, 2013    *Saundra B Armstrong*
Hon. Saundra B. Armstrong