UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QUINTAL RESEARCH GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NINTENDO OF AMERICA INC. and NINTENDO CO., LTD., <br><br> Defendants. | Case No:  C 13-0888 SBA <br><br> **ORDER CONTINUING HEARING** |

The hearing on Defendants' motion for summary judgment is CONTINUED from November 5, 2013, to <u>January 14, 2014 at 1:00 p.m.</u>  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court, in its discretion, may resolve the motion without oral argument.  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated:  October 29, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge