CHRISTIAN J. MARTINEZ (CA SBN 215360)
christian@redbridgelaw.net
665 3rd St., Suite 519
San Francisco California 94107
Telephone: (415)250-6677
Facsimile:  (415)892-1521

WILLIAM R. HILL (CA SBN 114954)
rock@donahue.com
CAROLYN E. BARRENO (CA SBN 267486)
carolyn@donahue.com
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, CA  94612-3520
P.O. Box 12979
Oakland, CA  94604-2979
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486

Attorneys for Plaintiff
QUINTAL RESEARCH GROUP, INC.

GRANT E. KINSEL (CA SBN 172407)
gkinsel@perkinscoie.com
JOSEPH HAMILTON (CA SBN 211544)
jhamilton@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:    (310) 788-9900
Facsimile:    (310) 788-3399

Attorneys for Defendants
NINTENDO OF AMERICA INC. and
NINTENDO CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QUINTAL RESEARCH GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NINTENDO OF AMERICA INC. and NINTENDO CO., LTD., <br><br> Defendants. | Case No.  13-CV-0888 SBA <br><br> **ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME** |

The Court having considered the parties' STIPULATED REQUEST FOR ORDER CHANGING TIME, and for good cause shown,

**PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED** that the following schedule shall apply to this action:

| Date | Nature of Discovery/Event |
|---|---|
| Vacated for submission on the papers. | Hearing regarding noninfringement of "symmetrically arranged" limitation. |
| Fourteen days from order on MSJ | Disclosure of asserted claims and infringement contentions. Patent L.R. 3-1, 3-2. |
| Forty-five days after service of infringement contentions | Disclosure of invalidity contentions. Patent L.R. 3-3, 3-4. |
| Fourteen days after service of invalidity contentions | Exchange of proposed terms for construction. Patent L.R. 4-1. |
| Twenty-one days after exchange of proposed terms for construction | Exchange of preliminary claim constructions and extrinsic evidence. Patent L.R. 4-2. |
| Sixty days after service of invalidity contentions | File joint claim construction and prehearing statement. Patent L.R. 4-3.<br><br>Deadline to amend pleading or join additional parties without leave of the Court.<br><br>Deadline to complete mediation. |
| Thirty days after service of claim construction and prehearing statement | Claim construction discovery completed. Patent L.R. 4-4. |
| Forty-five days after service of claim construction and prehearing statement | Quintal to file and serve opening brief with supporting evidence regarding claim construction. Patent L.R. 4-5(a). |
| Fourteen days after service of opening brief with supporting evidence regarding claim construction | Nintendo to file and serve responsive brief with supporting evidence regarding claim construction. Patent L.R. 4-5(b). |
| Fourteen days after service of responsive brief with supporting evidence regarding claim construction | Quintal to file and serve reply brief with supporting evidence regarding claim construction. Patent L.R. 4-5(c). |

- 1 -

[PROPOSED] ORDER       CASE NO. 13-CV-0888 SBA

| Date | Nature of Discovery/Event |
|---|---|
| TBD | Claim construction hearing. Patent L.R. 4-6. Case Management Conference to set remaining schedule. |

**IT IS FURTHER ORDERED** that the Court will enter a Scheduling Order concerning the remaining deadlines at, or following, the Markman hearing in this matter.

Dated: 5/22/2014

_____
Saundra Brown Armstrong
United States District Judge