# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 3, 2014  **Time:** 1:26-1:29  **Judge:** NANDOR J. VADAS
**Case No.**: 13-cv-00888-SBA  **Case Name:**  Quintal Research Group, Inc. v. Nintendo

**Attorney for Plaintiff:** Christian Martinez by phone

**Attorney for Defendant:** Joseph Hamilton by phone

**Deputy Clerk:** Gloria Knudson   **Court Reporter:** FTR

## PROCEEDINGS

Status Conference held.

**Order to be prepared by:**

[ ]   Plaintiff   [ ]   Defendant   [ ]   Court

Continued to September 9, 2014 at 1:00 pm  for status of summary judgment motion and status of private mediation proceedings.