UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QUINTAL RESEARCH GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NINTENDO OF AMERICA, INC., and NINTENDO COMPANY LIMITED, <br><br> Defendants. | Case No: C 13-0888 SBA <br><br> **ORDER OF REFERENCE** |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 72-1, the Motion to Withdraw (Dkt. 67) filed by attorneys William R. Hill and Carolyn E. Barreno, and their law firm, Donahue Fitzgerald LLP, is REFERRED to the Chief Magistrate Judge or her designee for a decision on said motion. The assigned magistrate judge shall have the authority to direct further briefing and to conduct any hearings as deemed necessary to resolve the motion.

IT IS SO ORDERED.

Dated: August 14, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge