1
2
3
4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7  QUINTAL RESEARCH GROUP, INC.,              Case No.  13-cv-00888-SBA (JSC)
                   Plaintiff,
8               v.

9  NINTENDO OF AMERICA, et al.,               **ORDER TO WILLIAM R. HILL,
                   Defendants.                 CAROLYN E. BARRENO, AND
10                                             DONAHUE FITZGERALD LLP TO
                                              PROVIDE DECLARATION FOR *IN
11                                            CAMERA* REVIEW**

12

13          Now pending before the Court is William R. Hill, Carolyn E. Barreno, and Donahue

14  Fitzgerald LLP's ("Movants") motion to withdraw as counsel in the above-captioned matter.

15  (Dkt. No. 67.)  The motion is opposed by their client, Plaintiff Quintal Research Group, Inc.  (Dkt.

16  No. 69.)  Although Movants assert that grounds for withdrawal exist under one or more of the

17  grounds specified in the California Rules of Professional Conduct 3-700(C), Movants fail to

18  describe at all the reasons for withdrawal.  The Court cannot rule on the motion until it is made

19  aware of the reason Movants are seeking to withdraw.  *See Aceves v. Superior Court*, 51 Cal. App.

20  4th 584, 592-93 (1996) (holding that a court may not "rubber stamp" a withdrawal and that

21  counsel has a duty to describe the "general nature" of the request "as fully as possible but within

22  the confines of privilege"); *see also Zhixun Samuel Sun v. Rickenbacker Collection*, 2011 WL

23  1344413, at *1 (N.D. Cal. Apr. 8, 2011) ("When addressing a motion to withdraw, . . . the court

24  must consider factors such as the reason counsel seeks to withdraw, the possible prejudice caused

25  to the litigants, and the extent to which withdrawal may delay resolution of the case.")

26          By no later than **Thursday, September 4, 2014**, Movants shall file a declaration, for the

27  Court's *in camera* review, setting forth the general nature of the basis for the motion.  Movants

28  shall also serve the *in camera* declaration on Plaintiff.  Plaintiff need not respond to the

United States District Court
Northern District of California

declaration.  The Court sets a hearing on the motion for **Thursday, September 11, 2014 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: August 28, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge