# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** September 9, 2014     **Time:** 1:19-1:21     **Judge:** NANDOR J. VADAS
**Case No.**: 13-cv-00888-SBA     **Case Name:** Quintal Research Group, Inc. v. Nintendo

**Attorney for Plaintiff:** Christian Martinez by phone

**Attorney for Defendant:** Joseph Hamilton by phone

**Deputy Clerk:** Gloria Knudson     **Court Reporter:** FTR

## PROCEEDINGS

Status Conference held.

**Order to be prepared by:**

[ ]     Plaintiff     [ ]     Defendant     [ ]     Court

A phone status hearing is set for October 21, 2014 at 1:00 p.m.