# OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

# Northern District of California

## CIVIL MINUTES

**Date:** September 11, 2014  **Time:** 15 minutes  **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 13-cv-00888-SBA  **Case Name:** Quintal Research Group, Inc. v. Nintendo

**Attorney for Plaintiff:** Christian Martinez; William Hill

**Attorney for Defendant:** No appearance

**Deputy Clerk:** Ada Means  **Court Reporter:** FTR 9:45-10:00 (UNDER SEAL)

## PROCEEDINGS

William R. Hill, Carolyn E. Barreno, and Donahue Fitzgerald LLP's Motion to Withdraw as Attorney (Dkt. No. 67) held.

## ORDERED AFTER HEARING

William R. Hill, Carolyn E. Barreno, and Donahue Fitzgerald LLP's Motion to Withdraw as Attorney is denied without prejudice.

**Order to be prepared by:**

[ ]  Plaintiff  [ ]  Defendant  [x]  Court