UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTAL RESEARCH GROUP, INC., <br> Plaintiff, <br> v. <br> NINTENDO OF AMERICA, et al., <br> Defendants. | Case No. 13-cv-00888-SBA (JSC) <br><br> **ORDER DENYING MOTION TO WITHDRAW** |

Now pending before the Court is William R. Hill, Carolyn E. Barreno, and Donahue Fitzgerald LLP's ("Movants") motion to withdraw as counsel in the above-captioned matter. (Dkt. No. 67.) The motion is opposed by their client, Plaintiff Quintal Research Group, Inc. (Dkt. No. 69.) The Court DENIES the motion without prejudice for the reasons stated on the record at oral argument on September 11, 2014. Movants may renew their motion at a later date if the circumstances of the case change.

**IT IS SO ORDERED.**

Dated: September 11, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge