Grant Kinsel, Bar No. 172407
gkinsel@perkinscoie.com
Joseph Hamilton, Bar No. 211544
jhamilton@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for NINTENDO OF AMERICA INC., and NINTENDO CO., LTD.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTAL RESEARCH GROUP, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>NINTENDO OF AMERICA INC., and NINTENDO CO., LTD.,<br><br>*Defendants.* | Case No. 13-cv-0888 SBA<br><br>[Proposed] Order Granting Administrative Motion to File Under Seal Portions of Nintendo's Motion for Summary Judgment<br><br>[Pursuant to Civ. L.R. 79-5]<br><br>Date:<br>Time:<br>Location: Courtroom 1, 4th floor |

Having considered Nintendo's Administrative Motion to File Under Seal Portions of Nintendo's Motion for Summary Judgment of Noninfringement and the Declaration of Joseph Hamilton in support of same, and having determined that a compelling reason exists,

IT IS HEREBY ORDERED that the following documents be filed under seal:

1. Nintendo's Motion for Summary Judgment of Noninfringement;  and

2. Exhibits I, K, M, O, Q, S, U, and W to the Declaration of Joseph Hamilton in Support of Nintendo's  Motion for Summary Judgment of Noninfringement.

IT IS SO ORDERED.

Dated:  September 30, 2014

Hon. Saundra B. Armstrong